☒ FILED ☐ LODGED

Jun 24 2024

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

United States of America,
Plaintiff,
v.
Carlos Ching,
Defendant.

No. CR-24-01075-01-PHX-MTL

**CONSENT OF DEFENDANT**

After full consultation with counsel, I voluntarily consent to go forward before the United States Magistrate Judge with my

☒ Change of Plea Hearing

☐ Admission or Denial Hearing on Petition for Revocation of Probation/Supervised Release and Evidentiary Hearing regarding revocation (if required).

DATED this 20 day of June, 2024.

CARLOS CHING
Defendant

BARRY MITCHELL
Counsel for Defendant

Digitally signed by MATTHEW WILLIAMS
Date: 2024.06.21 15:18:01 -07'00'

MATTHEW WILLIAMS
Assistant U.S. Attorney

SHANE BUTLAND Digitally signed by SHANE BUTLAND Date: 2024.06.21 17:50:46 -04'00'

SHANE BUTLAND
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice