**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

United States of America,

Plaintiff,

v.

Carlos Ching,

Defendant.

No. CR-24-01075-001-PHX-MTL

**RECUSAL ORDER**

I hereby recuse myself from any further action in the above-captioned matter.

**IT IS ORDERED** this case be reassigned, by lot, to another Judge in the District of Arizona.

**IT IS FURTHER ORDERED** that this matter has been reassigned by random lot to the **Honorable G. Murray Snow**. All future pleadings and papers submitted for filing shall bear the following complete case number: **CR-24-1075-001-PHX-GMS.**

Dated this 26th day of June, 2024.

Michael T. Liburdi
Michael T. Liburdi
United States District Judge