Barry Mitchell (#13975)
barry@mscclaw.com
Molly Brizgys (#029216)
Molly@mscclaw.com
MITCHELL | STEIN | CAREY | CHAPMAN, PC
2600 North Central Avenue, Suite 1000
Phoenix, AZ 85004
Telephone: (602) 358-0293
Facsimile: (602) 358-0291
*Attorneys for Carlos Ching*

MITCHELL STEIN CAREY CHAPMAN PC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Carlos Ching,<br><br>Defendant. | CR-24-1075-001-PHX-GMS<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

The law firm of Mitchell Stein Carey Chapman, PC, enters its notice of appearance on behalf of Defendant Carlos Ching in the above-captioned matter.

RESPECTFULLY SUBMITTED on June 27, 2024.

MITCHELL | STEIN | CAREY | CHAPMAN, PC

By: *ꟷ/s/ Molly Brizgys*

Barry Mitchell
Molly Brizgys
Attorneys for Carlos Ching

//

//

//

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2024, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and copy of the transmittal to the following ECF registrant:

Matthew Williams
Assistant U.S, Attorney
Shane Butland
United States Trial Attorney
U.S. Attorney's Office - Phoenix, AZ
2 Renaissance Square
40 N. Central Ave., Ste. 1800
Phoenix, AZ 85004-4408
Attorneys for Plaintiff

*/s/ B. Wolcott*