GRAY M. RESTAINO
United States Attorney
District of Arizona

MATTHEW WILLIAMS
Assistant U.S. Attorney
Arizona State Bar No. 029059
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: matthew.williams3@usdoj.gov

GLEN S. LEON
Chief
Criminal Division, Fraud Section
U.S. Department of Justice

SHANE BUTLAND
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Avenue NW
Washington, D.C. 20005
Telephone: 202-286-1177
Email: Shane.Butland2@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Carlos Ching,<br><br>Defendant. | No. CR-24-01075-PHX-GMS<br><br>**NOTICE OF RELATED CASES** |

Pursuant to Local Rule 5.l, the United States of America, by and through its attorneys undersigned, hereby gives notice to the court that this case is directly related to other pending criminal cases U.S. v Alexandra Gehrke and Jeffrey King (CR-24-01040-PHX-ROS) and U.S. v. Bethany Jameson (CR-24-01068-PHX-DWL).

Respectfully submitted this 14th day of August, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/Matthew Williams*
MATTHEW WILLIAMS
Assistant U.S. Attorney

GLENN S. LEON
Chief
Criminal Division, Fraud Section

*s/Shane Butland*
SHANE BUTLAND
Trial Attorney
Department of Justice, Fraud Section