IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Carlos Ching,<br><br>Defendant. | CR-24-1075-001-PHX-GMS<br><br>**[PROPOSED] ORDER** |

Having reviewed the Defendant's Motion to Continue Sentencing (first request), there being no objection from the Government, and good cause appearing,

IT IS HEREBY ORDERED that the Motion to Continue Sentencing is granted.

IT IS FURTHER ORDERED that Sentencing is hereby continued from November 18, 2024 at 1:30 PM to ______________________________, 20___ at ________ AM/PM.

DATED this ______ day of ________________, 20_____.