Barry Mitchell (#13975)
barry@mscclaw.com
Molly Brizgys (#029216)
Molly@mscclaw.com
MITCHELL | STEIN | CAREY | CHAPMAN, PC
2600 North Central Avenue, Suite 1000
Phoenix, AZ 85004
Telephone: (602) 358-0293
Facsimile: (602) 358-0291
*Attorneys for Carlos Ching*

MITCHELL | STEIN | CAREY | CHAPMAN PC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Carlos Ching,<br><br>Defendant. | CR-24-1075-001-PHX-GMS<br><br>**UNOPPOSED MOTION TO CONTINUE SENTENCING (Second Request)**<br><br>**(Defendant out of custody)**<br><br>**VIO:** 18 U.S.C. § 1349<br>(Conspiracy to Commit Heath Care Fraud) |

The Defendant, Carlos Ching, through undersigned counsel, requests a continuance of the Sentencing in this matter, currently set for February 24, 2025 at 10:00 AM for a period of three months.[1]

Mr. Ching respectfully requests to continue his Sentencing because the trial in the related case *U.S. v Jeffrey King* (CR-24-01040-PHX-ROS-2) is scheduled for March 25, 2025. Defendant participated in the scheme that Mr. King faces trial on. The Court will necessarily have to determine relative culpability as to all of the participants for the charged offenses. Those facts will be more fully developed during Mr. King's trial.

[1] AUSA Shane Butland has authorized undersigned counsel to represent to the Court that the United States does not object to this motion to continue sentencing.

Therefore, Mr. Ching requests that his Sentencing be postponed until after the March 25, 2025 trial date.

RESPECTFULLY SUBMITTED on December 13, 2024.

MITCHELL | STEIN | CAREY | CHAPMAN, PC

By: */s/ Barry Mitchell*

Barry Mitchell
Molly Brizgys
Attorneys for Carlos Ching

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2024, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and copy of the transmittal to the following ECF registrant:

Matthew Williams
Assistant U.S. Attorney
Shane Butland
United States Trial Attorney
U.S. Attorney's Office - Phoenix, AZ
2 Renaissance Square
40 N. Central Ave., Ste. 1800
Phoenix, AZ 85004-4408
Attorneys for Plaintiff

*/s/ B. Wolcott*