IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>v.<br>Carlos Ching,<br>Defendant. | CR-24-1075-001-PHX-GMS<br>**[PROPOSED] ORDER** |

Having reviewed the Defendant's Motion to Continue Sentencing (second request), there being no objection from the Government, and good cause appearing,

IT IS HEREBY ORDERED that the Motion to Continue Sentencing is granted.

IT IS FURTHER ORDERED that Sentencing is hereby continued from February 24, 2025 at 10:00 AM to ______________________________, 2025 at ________ AM/PM.

DATED this ______ day of ________________, 20_____.