Barry Mitchell (#13975)
barry@mscclaw.com
Molly Brizgys (#029216)
Molly@mscclaw.com
MITCHELL | STEIN | CAREY | CHAPMAN, PC
2600 North Central Avenue, Suite 1000
Phoenix, AZ 85004
Telephone: (602) 358-0293
Facsimile: (602) 358-0291
*Attorneys for Carlos Ching*

MITCHELL STEIN CAREY CHAPMAN PC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br><br>v.<br><br>Carlos Ching,<br>Defendant. | CR-24-1075-001-PHX-GMS<br><br>**UNOPPOSED MOTION TO CONTINUE SENTENCING (Third Request)**<br><br>**(Defendant out of custody)**<br><br>**VIO:** 18 U.S.C. § 1349<br>(Conspiracy to Commit Heath Care Fraud) |

The Defendant, Carlos Ching, through undersigned counsel, requests a continuance of the Sentencing in this matter, currently set for April 7, 2025 at 10:00 AM until after August 12, 2025.[1]

The delay is necessary for the ends of justice and will enable the Court to sentence the respective defendants proportionately.

//

//

[1] AUSAs Shane Butland and Matthew Williams has authorized undersigned counsel to represent to the Court that the United States does not object to this motion to continue sentencing.

RESPECTFULLY SUBMITTED on February 24, 2025.

MITCHELL | STEIN | CAREY | CHAPMAN, PC

By: *__/s/ Barry Mitchell__*

Barry Mitchell
Molly Brizgys
Attorneys for Carlos Ching

**CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2025, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and copy of the transmittal to the following ECF registrant:

Matthew Williams
Assistant U.S. Attorney
Shane Butland
United States Trial Attorney
U.S. Attorney's Office - Phoenix, AZ
2 Renaissance Square
40 N. Central Ave., Ste. 1800
Phoenix, AZ 85004-4408
Attorneys for Plaintiff

Becky Briggs
Senior U.S. Probation Officer
Presentence Division
U.S. Probation & Pretrial Services
District of Arizona- Phoenix

*__/s/ B. Wolcott__*