Barry Mitchell (#13975)
barry@mscclaw.com
Molly Brizgys (#029216)
Molly@mscclaw.com
MITCHELL | STEIN | CAREY | CHAPMAN, PC
2600 North Central Avenue, Suite 1000
Phoenix, AZ 85004
Telephone: (602) 358-0293
Facsimile: (602) 358-0291
*Attorneys for Carlos Ching*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Carlos Ching,<br><br>Defendant. | CR-24-1075-001-PHX-GMS<br><br>**JOINT MOTION TO CONTINUE SENTENCING**<br>**(Fourth Request)**<br><br>**(Defendant out of custody)**<br><br>**VIO:** 18 U.S.C. § 1349<br>(Conspiracy to Commit Heath Care Fraud) |

The Defendant, Carlos Ching, through undersigned counsel, requests a continuance of the Sentencing in this matter, currently set for August 25, 2025 at 10:00 AM, for a period of 90 days.

AUSA Shane Butland has authorized undersigned counsel to represent to the Court that the United States joins this motion to continue sentencing.

The delay is necessary for the ends of justice and will enable the Court to sentence the defendants proportionately.

//

//

//

RESPECTFULLY SUBMITTED on June 6, 2025.

MITCHELL | STEIN | CAREY | CHAPMAN, PC

By: *_/s/ Barry Mitchell_*

Barry Mitchell
Molly Brizgys
Attorneys for Carlos Ching

**CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2025, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and copy of the transmittal to the following ECF registrant:

Matthew Williams
Assistant U.S. Attorney
Shane Butland
United States Trial Attorney
U.S. Attorney's Office - Phoenix, AZ
2 Renaissance Square
40 N. Central Ave., Ste. 1800
Phoenix, AZ 85004-4408
Attorneys for Plaintiff

Becky Briggs
Senior U.S. Probation Officer
Presentence Division
U.S. Probation & Pretrial Services
District of Arizona- Phoenix

*_/s/ B. Wolcott_*