IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Carlos Ching,<br><br>Defendant. | CR-24-1075-001-PHX-GMS<br><br>**[PROPOSED] ORDER** |

Having reviewed the Parties' Motion to Continue Sentencing (fourth request), and good cause appearing,

IT IS HEREBY ORDERED that the Motion to Continue Sentencing is granted.

IT IS FURTHER ORDERED that Sentencing is hereby continued from August 25, 2025 at 10:00 AM to ______________________________, 2025 at ________ AM/PM.

DATED this ______ day of ________________, 2025.