IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Carlos Ching,<br><br>Defendant. | CR-24-1075-001-PHX-GMS<br><br>**[PROPOSED] ORDER** |

Having reviewed the Parties' Motion to Continue Sentencing (fifth request), and good cause appearing,

IT IS HEREBY ORDERED that the Motion to Continue Sentencing is granted.

IT IS FURTHER ORDERED that Sentencing is hereby continued from November 24, 2025 at 10:00 AM to ______________________________, 202__ at ________ AM/PM.

DATED this ______ day of ________________, 2025.