Barry Mitchell (#13975)
barry@mscclaw.com
Molly Brizgys (#029216)
Molly@mscclaw.com
MITCHELL | STEIN | CAREY | CHAPMAN, PC
2600 North Central Avenue, Suite 1000
Phoenix, AZ 85004
Telephone:  (602) 358-0293
Facsimile:  (602) 358-0291
*Attorneys for Carlos Ching*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) | CR-24-1075-001-PHX-GMS |
|---|---|---|
| Plaintiff, | ) ) ) | **JOINT MOTION TO CONTINUE SENTENCING** |
| v. | ) ) | **(Seventh Request)** |
| Carlos Ching, | ) ) | **(Defendant out of custody)** |
| Defendant. | ) ) ) ) | **VIO:**  18 U.S.C. § 1349 (Conspiracy to Commit Heath Care Fraud) |
| | ) | |

The Defendant, Carlos Ching, through undersigned counsel, requests a continuance of the Sentencing in this matter, currently set for August 24, 2026, at 10:00 AM, for a period of one (1) year.

AUSA Shane Butland has authorized undersigned counsel to represent to the Court that the United States joins this motion to continue sentencing.

//

//

-2-

The delay is necessary for the ends of justice and will enable the Court to sentence the defendant proportionately and with all relevant information. The continuance of the sentencing hearing will still allow this Court to impose a sentence "without unnecessary delay." Fed. R. Crim. P. 32.

RESPECTFULLY SUBMITTED on June 24, 2026.

MITCHELL | STEIN | CAREY | CHAPMAN, PC

By:  */s/ Barry Mitchell*

Barry Mitchell
Molly Brizgys
Attorneys for Carlos Ching

**CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2026, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and copy of the transmittal to the following ECF registrant:

Matthew Williams
Assistant U.S. Attorney
Matthew.Williams3@usdoj.gov
Shane Butland
United States Trial Attorney
Shane.Butland2@usdoj.gov
Attorneys for Plaintiff

Rebecca Briggs
Senior U.S. Probation Officer
Presentence Division
U.S. Probation & Pretrial Services
District of Arizona- Phoenix
Rebecca_Briggs@azd.uscourts.gov


_/s/ Lenna Ortega_

-3-