IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Carlos Ching,<br><br>Defendant. | CR-24-1075-001-PHX-GMS<br><br>**[PROPOSED] ORDER** |

Having reviewed the Parties' Motion to Continue Sentencing (seventh request), and good cause appearing,

IT IS HEREBY ORDERED that the Motion to Continue Sentencing is granted.

IT IS FURTHER ORDERED that Sentencing is hereby continued from August 24, 2026, at 10:00 AM to ________________________________, 202__ at ________ AM/PM.

DATED this ______ day of _________________, 2026.

_______________________________________

Senior Judge G Murray Snow
United States District Court