AZD PS 40a (AZD Rev. 10/12) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

## NOTICE REGARDING FOREIGN PASSPORT FOR CRIMINAL DEFENDANT

**TO:**
Immigration and
Customs Enforcement – DRO
2035 N. Central Avenue
Phoenix, AZ 85004

**FROM:**
United States Pretrial Services
Sandra Day O'Connor Courthouse, Suite 260
401 W. Washington Street, SPC 8
Phoenix, Arizona 85003-2119
(602) 322-7350
Fax: (602) 322-7380

**Notice of Surrender**

**Date:** July 24, 2026
**By:** AA

Defendant: Carlos Ching
Date of Birth: , 1968
SSN: xxx-xx-0827
Case Number: 0970 2:24CR01075
Place of Birth: Colon
Alien ("A") Number: N/A

**Notice of Court Order** (Order Date: August 1, 2024)

The above-named defendant surrendered Passport Number x-xxx-601, (Issuing Country PANAMA) to the custody of the U.S. Pretrial Services on July 22, 2026.

**NOTICE OF DISPOSITION**
The above case has been disposed of.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court